IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

v.   CRIMINAL ACTION NO.: 3:20-CR-46-1 (GROH)

**MONROE MERRELL,**

      Defendant.

### ORDER GRANTING PRO HAC VICE ADMISSION AND WAIVING FEES

Upon consideration of the Application for Admission *Pro Hac Vice* of Brent E. Newton [ECF No. 423], the Court **ORDERS** that the Application be, and the same is hereby, **APPROVED**. The Applicant may appear *pro hac vice* in this matter on behalf of the represented party and the pro hac vice admission fees are **WAIVED**.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** July 28, 2025

GINA M. GROH
UNITED STATES DISTRICT JUDGE