IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Cr. Action No. 3:20-CR-46-1 |
| MONROE MERRELL | § § § | |

**ORDER**

The defendant's motion to strike ECF 433 from the docket is GRANTED. The Clerk of Courts is Directed to remove ECF Doc 433 from public view. Counsel may file a corrected version.

It is so ordered on this  3rd  day of    September   , 2025.

_____
GINA MARIE GROH
U.S. DISTRICT JUDGE